UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

| | |
|---|---|
| JEANETTE LAHN-SHEEN LEE, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| -against- | <u>05 CV 5528 (RJS) (JCF)</u> |
| | **ECF CASE** |
| THE CITY OF NEW YORK, et al. | |
| Defendants. | |

-----------------------------------------------------------------------

**PLEASE TAKE NOTICE** that Odile M. Farrell hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, Danwanttie Sanasie, Raymond Kelly, Michael Bloomberg, Joseph Esposito, Thomas Graham, Terrence Monahan, Bruce Smolka, John Colgan, Lorenzo Johnson, James O'Neill, Michael Scagnelli, Garry McCarthy, Nicholas Estavillo, James McCarthy and James Dowling.

Dated: New York, New York
       September 13, 2010

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the City of New York
                         *Counsel for Defendants*

            By:           /s/
                         Odile M. Farrell
                         Assistant Corporation Counsel
                         Special Federal Litigation Division
                         100 Church Street, Room 3-210
                         New York, New York 10007
                         212-442-8678 (direct)
                         212-788-9776 (fax)
                         ofarrell@law.nyc.gov